UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ERNEST T. BELL | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 5:19-cv-0455-LCB |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | | |

## MEMORANDUM OPINION

On January 7, 2020, the magistrate judge entered a report recommending that the Court affirm the Commissioner's decision. (Doc. 14). The claimant was advised of his right to file objections but failed to do so. After careful consideration of the record in this case and the magistrate judge's report and recommendation, the Court hereby **ADOPTS** the magistrate judge's report, and **ACCEPTS** his recommendation. The Court finds that the decision of the Commissioner should be **AFFIRMED**.

The Court will enter a separate Final Order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** February 26, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE